IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**TERRY LYNN BARBER**                      **PLAINTIFF**

v.                                                  No. 3:23CV178-SA-RP

**JUDGE GERALD W. CHATHAM, SR., ET AL.**            **DEFENDANTS**

## ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On June 13, 2023, the court entered an order requiring the plaintiff to complete and return forms for the expeditious administration of this case. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance passed on July 13, 2023. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under Fed. R. Civ. P. 41(b). In light of this ruling, the pending motion [4] to proceed as a pauper and motion [6] for a status update are **DISMISSED** as moot.

**SO ORDERED**, this, the 15th day of September, 2023.

/s/ Sharion Aycock
U. S. DISTRICT JUDGE